UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD E. FORD,                         :
                                        :
    Petitioner,                         :
                                        :
5.                                      :   Civil Action No. 07-0805 (CKK)
                                        :
HECTOR RIOS,                            :
                                        :
    Respondent.                         :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of habeas corpus [Dkt. #1] is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall mail a copy of the Memorandum Opinion and Order to petitioner at his address of record.

SO ORDERED.

                                                                                   /s/
                                          COLLEEN KOLLAR-KOTELLY
Date:  May 21, 2007                  United States District Judge